**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

_____
                                    )
In re TROY ANTHONY SMOCKS            )
             *Petitioner*       )    Case No. 4:22-cv-00592-ALM-KPJ

_____ )

## NOTICE OF DISMISSAL OF HABEAS CORPUS PETITION

TO THE HONORABLE AMOS L MAZZANT III,
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN DISTRICT OF TEXAS:

Now comes, Troy Anthony Smocks, by and through his undersigned counsel, respectfully gives Notice of Dismissal in effort to properly file the herein Petition in the United States District Court for the Northern District of Texas, where this court has determined that habeas corpus jurisdiction of the person of Mr. Smocks and to the merits of the claims should be properly adjudicated.

1

Date: November 17, 2022     Respectfully Submitted,

*/s/ Mark Lieberman*
_____

MARK J. LIEBERMAN
Texas Bar No. 12332520
1704 Pine Hills Lane
Corinth, Texas 76210
(817) 905-3772
Mjc358@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 17, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

.

*/s/ Mark Lieberman*
_____
MARK LIEBERMAN

*COUNSEL FOR TROY ANTHONY SMOCKS*